AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
**January 19, 2026**
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jorge Armando Gallegos Reyes | ) | Case No.  4:26-mj-045 |
| Aka's: Jorge Gallegos-Reyes and Jorge Armando Gallegos | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 24, 2025  in the county of  Harris  in the
Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b) | Illegal re-entry into the United States after having previously been deported to Mexico, subsequent to having been convicted of a crime defined as a felony, without first applying for and obtaining permission from the Attorney General of the United States, or the Secretary for the Department of Homeland Security, for admission to the United States following deportation from the United States, in violation of Title 8, United States Code, Section(s) 1326(a) and (b). |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☐ Continued on the attached sheet.

*Complainant's signature*

Terry Matthias, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date:  01/19/2026

*Judge's signature*

City and state:   Houston, Texas   Christina A. Bryan, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Terry Matthias, being duly sworn by telephone, hereby depose and say:

(1) I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since June 24, 2007. Prior to this assignment, I have held the following positions: Customs and Border Protection Officer and Immigration Enforcement Agent. My law enforcement career began in July 2006, as a Customs and Border Protection Officer. I have over 19 years of immigration law enforcement experience.

(2) On December 24, 2025, Jorge Armando Gallegos Reyes was arrested in Harris County, Texas for ASSAULT FAMILY MEMBER, (as seen paragraph (9)(a)). Subsequently, on January 16, 2026, Jorge Armando Gallegos Reyes was released on bond and was transferred to ICE for processing. On January 19, 2026 at approximately 06:00, Jorge Armando Gallegos Reyes was identified as being amenable to prosecution for violation of 8 U.S.C. § 1326(a) and (b). Jorge Armando Gallegos Reyes also goes by the alias of Jorge Gallegos-Reyes and Jorge Armando Gallegos.

(3) The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously convicted and deported.

(4) Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(5) <u>Element One</u>: The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(6) <u>Element Two</u>: The Defendant has previously been deported or removed from the United States on the following occasion(s):
    a. 08/10/2022.
    b. 08/07/2020.

(7)     <u>Element Three</u>:  After deportation, the Defendant was subsequently found by immigration authorities in the United States on December 24, 2025, in Harris County, Texas, which is within the Houston Division Southern District of Texas.  Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph.  On January 17, 2026, the LESC advised that they have not received a query since his last deport on August 10, 2022.

(8)     <u>Element Four</u>:  The Defendant did not have permission to reenter the United States.  On January 19, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information.  I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.  I have requested certification of this fact from the Records Branch of the Immigration Service.

(9)     <u>Prior Criminal History / Gang Affiliation</u>.  The Defendant has the following prior criminal history and/or gang affiliation:

   a. On December 24, 2025, the Defendant, using the name of Jorge Armando Gallegos Reyes, was arrested in Harris County, Texas for the misdemeanor offense of ASSAULT FAMILY MEMBER and was subsequently released on bond.

   b. On April 10, 2019, the Defendant, using the name of Jorge Gallegos-Reyes, was convicted in the 176th District Court, Harris County, Texas, for the felony offense of DRIVING WHILE INTOXICATED THIRD and was sentenced to 10 years confinement.

   c. On December 10, 2018, the Defendant, using the name of Jorge Armando Gallegos, was convicted in the District Court of Fort Bend County, Texas, 458th Judicial District Court, for the felony offense of MAN DEL CS PG 3/4 <28G and was sentenced to 3 years confinement.

   d. On April 12, 2017, the Defendant, using the name of Jorge Armando Gallegos Reyes, was convicted in the County Court at Law #1, Brazoria County, Texas, for the misdemeanor offense of DRIVING WHILE INTOXICATED and was sentenced to 180 days confinement.

e. On April 12, 2017, the Defendant, using the name of Jorge Armando Gallegos Reyes, was convicted in the County Court at Law #1, Brazoria County, Texas, for the misdemeanor offense of CRIMINAL MISCHIEF and was sentenced to 3 days confinement.

f. On January 27, 2017, the Defendant, using the name of Jorge Gallegos, was convicted in the County Court at Law #4, Fort Bend County, Texas, for the misdemeanor offense of DWI and was sentenced to 3 days confinement.

_____
Terry Matthias, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me on the 19th day of January 2026, and I find probable cause.

_____
Hon. Christina A. Bryan
United States Magistrate Judge
Southern District of Texas